**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MONA MICHEL,                                                          Case No.: 6:17-bk-01366
                                                                                       Chapter 13
    Debtor.
_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

COMES NOW the Debtor, MONA MICHEL ("Debtor"), by and through her undersigned counsel, and requests entry of an order referring the Debtor and WORLD II FINANCIAL (Loan XXXX1058) to participate in mortgage modification mediation, and in support thereof states as follows:

1.    The Debtor filed a Chapter 13 Petition on March 2, 2017, in an attempt to retain possession of her real property located at 7628 Eldorado Place, Orlando, FL 32819.

2.    The Debtor would like to modify the terms of her mortgage encumbering her real property. The Debtor's income will allow her to contribute as much as thirty-one percent (31%) of her current income for payment of the modified mortgage debt.

3.    Mediation pursuant to Local Rule 9019-2 will assist parties in negotiation of a modification of the relevant mortgage.

4.    Debtor will pay her half of the $500.00 mediation costs to the mediator prior to attending any scheduled mediation.

WHEREFORE, the Debtor respectfully requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated: April 29, 2017

**THE POWER LAW FIRM**
1802 North Alafaya Trail
Orlando, Florida 32826
Office: (407) 992-4407
Fax: (407) 917-9175
E-mail: eservice@yourlawpower.com

_____
Bryan A. Dangler, Esq.
Florida Bar No.: 113671
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Bankruptcy Court by using the CM/ECF system, and served a copy of the foregoing via electronic service, electronic mail, and/or U.S. First-class mail, on the following:

Laurie K. Weatherford
P.O. Box 3450
Winter Park, FL 32790
ecfdailysummary@c13orl.com

United States Trustee
400 W. Washington St.
Suite 1100
Orlando, FL 32801
USTO.Region21.OR.ECF@usdoj.gov

World II, LLC
c/o Michael A. Nardella, Esq.
250 E. Colonial Dr 102
Orlando, FL 32801
mnardella@nardellalaw.com

_____
Bryan A. Dangler, Esq.

- 2 -