ORDERED.

Dated: August 28, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                          Case No. 6:17-bk-01366-CCJ

MONA MICHEL,

    Debtor(s).
_____/

## ORDER DISMISSING CASE

THIS CASE came before the court upon the Debtor's Notice of Voluntary Dismissal (Document No. 33). The Court being fully advised in the premises finds that the request has merit and that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. This case is dismissed.
2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.
3. The Trustee shall refund all funds on hand, if any, to the Debtor(s) in care of the Debtor(s) attorney, if represented by an attorney.
4. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.